173 A.3d 599

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. DAREL
ASHLEY A/K/A DARRELL D. ASHLEY, ANDRE D. ASHLEY,
DEFENDANT-PETITIONER.

C–309 September Term 2017
079052

November 14, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004849–14
having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

173 A.3d 599

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. DARRELL SCOTT, DEFENDANT-PETITIONER.

C–284 September Term 2017
079489

November 14, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002045–13
having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.